IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 12-cr-00012-PAB-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. YARON "RONI" LEVIN,

    Defendant.
_____

**ORDER DIRECTING EXAMINATION**
_____

    This matter comes before the Court on defense counsel's Motion for Competency Evaluation [Docket No. 147]. At a hearing on November 27, 2012 the Court found that there was reasonable cause to believe that defendant Yaron Levin may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. *See* 18 U.S.C. § 4241(a). Therefore, it is

    **ORDERED** that, pursuant to 18 U.S.C. §§ 4241 and 4247(b), defendant Yaron Levin shall submit to an examination by Dr. Karen Fukutaki, P. O. Box 460541, Glendale Station, Denver, Colorado 80246-0541, for the purpose of determining whether the defendant is suffering from a mental disease or defect that renders him mentally incompetent to understand the nature and consequences of the proceedings

against him or to assist properly in his defense. Dr. Fukutaki may arrange for this examination by contacting the defendant's attorney, Mr. Gary Lozow.

Following the examination, Dr. Fukutaki shall prepare a report of her findings pursuant to 18 U.S.C. § 4247(c) and send copies to all counsel and to the Court. Within 10 days of receipt of that report, counsel shall jointly contact the Court to set a hearing on the Motion for Competency Evaluation [Docket No. 147].

Dr. Fukutaki is authorized to directly contact Assistant United States Attorney Joseph Mackey at (303) 454-0100 and defense counsel Gary Lozow at (303) 333-9810 to request copies of appropriate documents.

The Clerk of Court is directed to mail a copy of this Order to Dr. Fukutaki at P. O. Box 460541, Glendale Station, Denver, Colorado 80246-0541.

DATED December 3, 2012.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge