IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 12-cr-00012-PAB-1

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1. YARON "RONI" LEVIN,

 Defendant.
_____

**ORDER**
_____

  The Court has received notification from the warden of the Federal Medical Center at Butner that it believes that Mr. Levin has been restored to competency and that Mr. Levin is in a position to be released from FMC Butner to return to the District of Colorado. On April 24, 2013, Mr. Levin was released from custody pursuant to the terms and conditions of a bond issued that day. One of the conditions was that the defendant surrender at the Federal Medical Center at Butner. Given that FMC Butner believes that the defendant has been restored to competency, that condition of his bond has been satisfied. Therefore, it is ORDERED as follows:

  1. The defendant shall be released at FMC Butner on bond;

  2. The defendant's April 24, 2013 bond shall be continued;

  3. A hearing will be set on September 12, 2013 at 3:00 p.m. to determine whether the defendant has been restored to competency. The defendant is required to attend that hearing.

DATED August 30, 2013.

                               BY THE COURT:

                               s/Philip A. Brimmer
                               PHILIP A. BRIMMER
                               United States District Judge